1  GOLDSMITH & HULL/Our File #:560249
2  A Professional Corporation
   Michael L. GOLDSMITH  (SBN 291700)
3  16933 PARTHENIA STREET
4  NORTHRIDGE, CALIFORNIA 91343
   Tele: (818) 990-6600  Fax : (818) 990-6140
5  **govdept1@goldsmithcalaw.com**
6  ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **COURT NO.** CV00-11988 CBM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |
| VS. | ) | |
| | ) | |
| CARLOS A. OSORIO AKA CARLOS OSORIO | ) | |
| | ) | |
| Defendant. | ) | |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on April 9, 2001, in favor of the United States of America, and against CARLOS A. OSORIO AKA CARLOS OSORIO and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: November 13, 2017                GOLDSMITH & HULL, P.C.

                                         /S/
                                        Michael L. Goldsmith
                                        ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

CARLOS A. OSORIO AKA CARLOS OSORIO, et al.
**************************
LOS ANGELES CA *****-****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   November 13, 2017  at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

                                                     /S/
                                      Sonia Molina